**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LILLIAN PITTMAN,**

        **Plaintiff,**

**-vs-**        Case No. 6:05-cv-736-Orl-31DAB

**PICTURE PERFECT HAIR and CAROLE BROWN,**

        **Defendants.**

_____

# ORDER

On December 12, 2005, Magistrate Judge Baker issued a Report and Recommendation (Doc. 22), recommending that Motion for Default Judgment (Doc. 21) be granted in part and denied in part. Plaintiff filed a Motion for Reconsideration of the Report (Doc. 23), and Judge Baker issued an Order and Amended Report and Recommendation on January 3, 2006 (Doc. No. 24). No objections to the Amended Report and Recommendation have been filed. It is, therefore

**ORDERED** that:

1. The Amended Report and Recommendation of the Magistrate Judge is confirmed and adopted;

2. The Motion for Default Judgment is granted in part. The Clerk is directed to enter Final Judgment in favor of the Plaintiff Lillian Pittman, and against the Defendants, Picture Perfect Hair and Carole Brown, in the amount of $1,614.72 ($522.22 plus $1,092.00 in attorney's fees).

3. The Court reserves jurisdiction to tax costs as appropriate.

    4.       The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 23, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE